**Order entered February 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01096-CR

**CHARLES EDWARDS SIELOFF III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795-P**

## ORDER

Appellant's February 11, 2013 motion to supplement the clerk's record is **GRANTED**.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN** days of the date of this order, a supplemental clerk's record containing a copy of the presentence report prepared for this case.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following:

Dallas County District Clerk Gary Fitzsimmons
The Dallas County District Clerk, Criminal Records Division
Counsel for all parties

/s/     LANA MYERS
          JUSTICE